**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of California

Case number (*If known*): _____ Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Derek L. Martin, DMD, Inc. |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 45-2592905 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1231 Elfin Forest Rd. W. Ste. 112 | |
| Number     Street | Number     Street |
| | P.O. Box |
| San Marcos      CA    92078 | |
| City                 State     ZIP Code | City            State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| San Diego County | |
| County | Number     Street |
| | City            State       ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Derek L. Martin, DMD, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

0062

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

         District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                                  MM / DD / YYYY

         Case number, if known _____

---

Official Form 201                     Voluntary Petition for Non-Individuals Filing for Bankruptcy                     page 2

| Debtor | Derek L. Martin, DMD, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Derek L. Martin, DMD, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/12/2025
MM  / DD / YYYY

✖ /s/ Shelly Martin                                            Shelly Martin
Signature of authorized representative of debtor               Printed name

Title  CFO

---

**18. Signature of attorney**

✖ /s/ Bernard Hansen                          Date  03/12/2025
Signature of attorney for debtor                    MM  / DD / YYYY

Bernard Hansen
Printed name
Law Office of Bernard M. Hansen
Firm name
3465 Camino del Rio, South #250
Number       Street
San Diego                                      CA        92108
City                                           State     ZIP Code

619-283-3371                                   bernardmhansen@sbcglobal.net
Contact phone                                  Email address

115751                                         CA
Bar number                                     State

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name _____Derek L. Martin, DMD, Inc._____

United States Bankruptcy Court for the: ___Southern District of California___

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..............................................................................

$ _____0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..........................................................................

$ _____365,636.35

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................................

$ _____365,636.35

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............

$ _____273,486.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................

$ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............

+ $ _____1,256,879.47

4. **Total liabilities**...........................................................................................................
    Lines 2 + 3a + 3b

$ _____1,530,365.47

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Derek L. Martin, DMD, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of California</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Amur Equipment Finance, Inc.<br>304 W 3rd<br>Grand Island, NE, 68801 | | Monies Loaned / Advanced | | 0.00 | 0.00 | 247,830.00 |
| 2 Mission Federal Credit Union<br>P.O. Box 919023<br>San Diego, CA, 92191-9023 | | Monies Loaned / Advanced | | | | 146,924.29 |
| 3 Patterson Dental Supply, Inc.<br>1031 Mendota Heights Rd.<br>Saint Paul, MN, 55120 | | Monies Loaned / Advanced | | 96,000.00 | 96,000.00 | 146,335.00 |
| 4 North Mill Credit Trust<br>9 Executive Circle<br>Suite 230<br>Irvine, CA, 92614 | | Monies Loaned / Advanced | | 0.00 | 0.00 | 135,000.00 |
| 5 Navitas Credit Corp.<br>201 Executive Center Drive<br>Ste. 100<br>Columbia, SC, 29210 | | Monies Loaned / Advanced | | 54,100.00 | 54,100.00 | 95,423.00 |
| 6 Everbank<br>PO Box 41046<br>Jacksonville, FL, 32203 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | 0.00 | 0.00 | 85,000.00 |
| 7 Wells Fargo<br>PO Box 6995<br>Portland, OR, 97228-6995 | | Monies Loaned / Advanced | | | | 49,366.63 |
| 8 Balboa Capital<br>PO Box 844803<br>Los Angeles, CA, 90084-4803 | | Monies Loaned / Advanced | | 0.00 | 0.00 | 48,403.00 |

Debtor     Derek L. Martin, DMD, Inc.                        Case number (*if known*)_____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | JB&B Capital, LLC PO Box 954054 Lake Mary, FL, 32795 | | Lease of equipment | | | | 44,000.00 |
| 10 | Capital One PO Box 31293 Salt Lake City, UT, 84131-2024 | | Credit Card Debt | | | | 34,171.28 |
| 11 | Everbank PO Box 41046 Jacksonville, FL, 32203 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 32,500.00 |
| 12 | Discover PO Box 45909 San Francisco, CA, 94145-0909 | | Credit Card Debt | | | | 28,285.61 |
| 13 | Patterson Dental Supply, Inc. 1031 Mendota Heights Rd. Saint Paul, MN, 55120 | | Monies Loaned / Advanced | | 14,800.00 | 14,800.00 | 25,026.00 |
| 14 | American Express PO Box 981535 San Diego, CA, 79998-1535 | | Credit Card Debt | | | | 24,884.30 |
| 15 | Banleaco, Inc. PO Box 7740 Urbandale, IA, 50822 | | Monies Loaned / Advanced | | 0.00 | 0.00 | 24,000.00 |
| 16 | Capital One PO Box 31293 Salt Lake City, UT, 84131-1293 | | Credit Card Debt | | | | 21,260.93 |
| 17 | Wells Fargo PO Box 6995 Portland, OR, 97228-6995 | | Monies Loaned / Advanced | | | | 19,043.09 |
| 18 | Citibank Visa PO Box790046 St. Louis, CA, 63179-0046 | | Credit Card Debt | | | | 12,960.35 |
| 19 | Everbank PO Box 41046 Jacksonville, FL, 32203 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | 0.00 | 0.00 | 12,000.00 |
| 20 | Wells Fargo P O Box 6995 Portland, OR, 97228-6995 | | Monies Loaned / Advanced | | | | 8,601.90 |

**Fill in this information to identify the case:**

Debtor name ___Derek L. Martin, DMD, Inc.___

United States Bankruptcy Court for the: ___Southern District of California___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 6  1  8  9 | $ 9,139.31 |
| 3.2. | See continuation sheet | | | $ 11,031.88 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 20,171.19

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

Debtor    Derek L. Martin, DMD, Inc.
           _____    Case number (if known)_____
           Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 145,847.71 | – 14,584.77 | = .........➜ | $ 131,262.94 |
| 11b. Over 90 days old: | 22,904.54 | – 11,452.32 | = .........➜ | $ 11,452.22 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 142,715.16

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | Valuation method | Current value |
|---|---|---|
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

| | % of ownership | Valuation method | Current value |
|---|---|---|---|
| 15.1. _____ | _____% | _____ | $_____ |
| 15.2. _____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | Valuation method | Current value |
|---|---|---|
| 16.1. _____ | _____ | $_____ |
| 16.2. _____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor      Derek L. Martin, DMD, Inc.
            _____
            Name                                                        Case number (*if known*)_____

---

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor      Derek L. Martin, DMD, Inc.
            _____      Case number (if known)_____
            Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office Furniture | $_____ | liquidation | $ 50.00 |
| 40. **Office fixtures**<br>Office fixtures (cannot remove) | $_____ | liquidation | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment (not dental) | $_____ | liquidation | $ 500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                    $ 550.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 4

Debtor      Derek L. Martin, DMD, Inc.
            _____
            Name

Case number (*if known*)_____

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Dentistry Equipment

| | | | |
|---|---|---|---|
| | $_____ | liquidation | $ 202,200.00 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $ 202,200.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor    Derek L. Martin, DMD, Inc.
Name                                                                                          Case number (if known)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1231 Elfin Forest Rd., W. Ste. 112 San Marcos, CA 92078-2045 | leasehold - month to month | $_____ | _____ | $ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** Customer list (could be compiled) | $_____ | _____ | $ Unknown |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** Good will | $_____ | _____ | $ Unknown |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor ___Derek L. Martin, DMD, Inc._____    Case number _(if known)_____
      Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  0.00 _____ – 0.00 _____ = ➡   $ 0.00 _____
                         Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ $_____
_____ Tax year _____ $_____
_____ Tax year _____ $_____

73. **Interests in insurance policies or annuities**

_____            $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor purchased dental equipment and Opulent failed to deliver eq    $ 0.00 _____

Nature of claim       Breach of contract _____
Amount requested    $ 94,204.00 _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____            $_____

Nature of claim       _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____            $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____            $_____
_____            $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     | $ 0.00 _____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor    Derek L. Martin, DMD, Inc.
_____    Case number (if known)_____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 20,171.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 142,715.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 550.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 202,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 365,636.35 | + $ 0.00 91b. |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ......................................... 365,636.35      $ 365,636.35

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 8

Debtor 1     Derek L. Martin, DMD, Inc.

First Name     Middle Name     Last Name          Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| **Chase Bank** | **Savings** | **7320** |
| **Balance: 10,088.00** | | |
| **Chase Bank** | **Checking** | **5913** |
| **Balance: 874.67** | | |
| **Chase Bank** | **Checking** | **0010** |
| **Balance: 69.21** | | |

**Fill in this information to identify the case:**

Debtor name          Derek L. Martin, DMD, Inc.

United States Bankruptcy Court for the:    Southern District of California

Case number (If known):    _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| Amur Equipment Finance, Inc. | Biofit Equipment - Surrendered to Creditor - No value to Debtor |

Amount of claim: $ 0.00    Value of collateral: $ 0.00

**Creditor's mailing address**
304 W 3rd
Grand Island, NE 68801

**Creditor's email address, if known**
_____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    07/01/2022
**Last 4 digits of account number**    9850

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| Balboa Capital | Patterson Sundries |

Amount of claim: $0.00    Value of collateral: $0.00

**Creditor's mailing address**
PO Box 844803
Los Angeles, CA 90084-4803

**Creditor's email address, if known**
_____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    05/24/2024
**Last 4 digits of account number**    2775

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 273,486.00

Debtor    Derek L. Martin, DMD, Inc.
_____    Case number (if known)_____
            Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | Creditor's name
Banleaco, Inc.

_____

Creditor's mailing address

PO Box 7740
Urbandale, IA 50822

_____

Creditor's email address, if known

_____

Date debt was incurred    05/21/2020
Last 4 digits of account number    8572

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Biofit Equipment - Surrendered to Creditor - No value to Debtor

$0.00                    $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | Creditor's name
Everbank

_____

Creditor's mailing address

PO Box 41046
Jacksonville, FL 32203

_____

Creditor's email address, if known

_____

Date debt was incurred    12/27/2022
Last 4 digits of account number    3191

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Dental equipment ordered, but never delivered. The value of nonexistent equipment is $0.00.

$0.00                    $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| Debtor | Derek L. Martin, DMD, Inc. | |
|---|---|---|
| | Name | |

Case number (if known)_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
Everbank

_____

**Creditor's mailing address**

PO Box 41046
Jacksonville, FL 32203

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   01/18/2023
**Last 4 digits of account number**   3851

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Dental equipment ordered, but never delivered. The value on nonexistent equipment is $0.00.

$0.00          $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.6** **Creditor's name**
Everbank

_____

**Creditor's mailing address**

PO Box 41046
Jacksonville, FL 32203

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   01/26/2023
**Last 4 digits of account number**   4072

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Dental equipment ordered, but never delivered. The value of nonexistent equipment is $0.00.

$0.00          $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor    Derek L. Martin, DMD, Inc.
_____
Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**
Navitas Credit Corp.
_____

**Creditor's mailing address**

201 Executive Center Drive
Ste. 100, Columbia, SC 29210
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    05/16/2023
**Last 4 digits of account number**    5484

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Equipment

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$54,100.00    $54,100.00

---

**2.8** **Creditor's name**
North Mill Credit Trust
_____

**Creditor's mailing address**

9 Executive Circle
Suite 230, Irvine, CA 92614
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    07/01/2022
**Last 4 digits of account number**    4229

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Biofit Equipment -

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$0.00    $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _4_ of _8_

Debtor    Derek L. Martin, DMD, Inc.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name
Patterson Dental Supply, Inc.
_____

**Creditor's mailing address**

1031 Mendota Heights Rd.
_____
Saint Paul, MN 55120
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  04/27/2024
**Last 4 digits of account number**  8212

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Equipment -No UCC-I Financing Statement on file in Creditor's name with CA Secretary of State - Any lien is avoidable

$14,800.00    $14,800.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.10** Creditor's name
Patterson Dental Supply, Inc.
_____

**Creditor's mailing address**

1031 Mendota Heights Rd.
_____
Saint Paul, MN 55120
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  04/27/2024
**Last 4 digits of account number**  8212

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Equipment - No UCC-I Financing Statement on file in Creditor's name with CA Secretary of State - Any lien is avoidable

$96,000.00    $96,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| Debtor | Derek L. Martin, DMD, Inc. | Case number (if known)_____ |
|--------|----------------------------|------------------------------------------|
|        | Name                       |                                          |

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.11** **Creditor's name**
US Bank

**Describe debtor's property that is subject to a lien**

Equipment Equipment - No UCC-I Financing Statement on file in Creditor's name with CA Secretary of State; Any lien is avoidable

$6,000.00    $6,000.00

**Creditor's mailing address**

1310 Madrid Street
Marshall, MN 56258

**Creditor's email address, if known**

**Date debt was incurred** 11/11/2024
**Last 4 digits of account number** 0058

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.12** **Creditor's name**
Wells Fargo

**Describe debtor's property that is subject to a lien**

Blanket lien - The collateral for this loan is the same collateral as for the other 2 WF loans. There is not 3 x 167,467.

$9,930.00    $ 167,467.00

**Creditor's mailing address**

2000 Powell St.
4th Floor, Emeryville, CA 94608

**Creditor's email address, if known**

**Date debt was incurred** 10/19/2016
**Last 4 digits of account number** 1653

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Derek L. Martin, DMD, Inc.
        _____
        Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13 Creditor's name**
Wells Fargo
_____

**Creditor's mailing address**

2000 Powell St.
_____
4th Floor, Emeryville, CA 94608
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   12/01/2018
**Last 4 digits of account number**   1652

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket lien - The collateral for this loan is the same collateral as for the other 2 WF loans. There is not 3 x 167,467.

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$19,391.00    $167,467.00

---

**2.14 Creditor's name**
Wells Fargo
_____

**Creditor's mailing address**

2000 Powell St.
_____
4th Floor, Emeryville, CA 94608
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   09/25/2016
**Last 4 digits of account number**   6971

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket lien - The collateral for this loan is the same collateral as for the other 2 WF loans. There is not 3 x 167,467.

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$73,265.00    $100,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _7_ of _8_

| Debtor | Derek L. Martin, DMD, Inc. | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|------------------------------------------------|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Derek L. Martin, DMD, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of California</td></tr>
<tr><td>Case number<br>(If known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br><br><br><br>Date or dates debt was incurred<br>_____<br>Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.2** | **Priority creditor's name and mailing address**<br><br><br><br>Date or dates debt was incurred<br>_____<br>Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** | **Priority creditor's name and mailing address**<br><br><br><br>Date or dates debt was incurred<br>_____<br>Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
American Express
PO Box 981535
San Diego, CA 79998-1535

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 24,884.30

Date or dates debt was incurred   2023-2024
Last 4 digits of account number   3077

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Amur Equipment Finance, Inc.
304 W 3rd
Grand Island, NE 68801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Monies Loaned / Advanced

$ 247,830.00

Date or dates debt was incurred   07/01/2022
Last 4 digits of account number   9850

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Balboa Capital
PO Box 844803
Los Angeles, CA 90084-4803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Monies Loaned / Advanced

$ 48,403.00

Date or dates debt was incurred   05/24/2024
Last 4 digits of account number   2755

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Banleaco, Inc.
PO Box 7740
Urbandale, IA 50822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Monies Loaned / Advanced

$ 24,000.00

Date or dates debt was incurred   05/21/2020
Last 4 digits of account number   8572

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Capital One
PO Box 31293
, CA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,576.29

Date or dates debt was incurred   2023-2024
Last 4 digits of account number   

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Capital One
PO Box 31293
Salt Lake City, UT 84131-1293

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 2,576.29

Date or dates debt was incurred   2023-2024
Last 4 digits of account number   0575

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Derek L. Martin, DMD, Inc.
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.7** Nonpriority creditor's name and mailing address

Capital One
PO Box 31293
Salt Lake City, UT 84131-2024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 34,171.28

Date or dates debt was incurred    2023-2024
Last 4 digits of account number    9593

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Capital One
PO Box 31293
Salt Lake City, UT 84131-1293

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 21,260.93

Date or dates debt was incurred    2023-2024
Last 4 digits of account number    5789

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Citibank Visa
PO Box790046
St. Louis, CA 63179-0046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 12,960.35

Date or dates debt was incurred    2023-2024
Last 4 digits of account number    9959

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Discover
PO Box 45909
San Francisco, CA 94145-0909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 28,285.61

Date or dates debt was incurred    2023-2024
Last 4 digits of account number    6532

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Discover
PO Box 45909
San Francisco, CA 94145-0909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,211.51

Date or dates debt was incurred    2024
Last 4 digits of account number    9838

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Everbank
PO Box 41046
Jacksonville, FL 32203

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    12/27/2022

Last 4 digits of account number    3191

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 85,000.00

---

**3.13** Nonpriority creditor's name and mailing address

Everbank
PO Box 41046
Jacksonville, FL 32203

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    01/26/2023

Last 4 digits of account number    4072

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

$ 12,000.00

---

**3.14** Nonpriority creditor's name and mailing address

Everbank
PO Box 41046
Jacksonville, FL 32203

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    1/18/2023

Last 4 digits of account number    3851

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

$ 32,500.00

---

**3.15** Nonpriority creditor's name and mailing address

JB&B Capital, LLC
PO Box 954054
Lake Mary, FL 32795

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease of equipment

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 44,000.00

---

**3.16** Nonpriority creditor's name and mailing address

Mission Federal Credit Union
P.O. Box 919023
San Diego, CA 92191-9023

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    2024

Last 4 digits of account number    3177

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

$ 146,924.29

---

Debtor _____Derek L. Martin, DMD, Inc._____
Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.17** Nonpriority creditor's name and mailing address

Navitas Credit Corp.
201 Executive Center Drive
Ste. 100
Columbia, SC 29210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95,423.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred   05/16/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   5484

---

**3.18** Nonpriority creditor's name and mailing address

North Mill Credit Trust
9 Executive Circle
Suite 230
Irvine, CA 92614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135,000.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred   07/01/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   4229

---

**3.19** Nonpriority creditor's name and mailing address

Patterson Dental Supply, Inc.
1031 Mendota Heights Rd.
Saint Paul, MN 55120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 146,335.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred   04/27/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   8212

---

**3.20** Nonpriority creditor's name and mailing address

Patterson Dental Supply, Inc.
1031 Mendota Heights Rd.
Saint Paul, MN 55120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,026.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred   04/27/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   8212

---

**3.21** Nonpriority creditor's name and mailing address

US Bank
1310 Madrid Street
Marshall, MN 56258

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,500.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred   11/11/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0058

---

Debtor    Derek L. Martin, DMD, Inc.
    Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.²²** Nonpriority creditor's name and mailing address

Wells Fargo
PO Box 6995
Portland, OR 97228-6995

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 49,366.63

Date or dates debt was incurred    2023-2024
Last 4 digits of account number    3495

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.²³** Nonpriority creditor's name and mailing address

Wells Fargo
P O Box 6995
Portland, OR 97228-6995

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 8,601.90

Date or dates debt was incurred    2023-2024
Last 4 digits of account number    1652

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.²⁴** Nonpriority creditor's name and mailing address

Wells Fargo
PO Box 6995
Portland, OR 97228-6995

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 19,043.09

Date or dates debt was incurred    2023-2024
Last 4 digits of account number    1653

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    Derek L. Martin, DMD, Inc.            Case number *(if known)*_____

       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,256,879.47 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,256,879.47 |

---

**Fill in this information to identify the case:**

Debtor name ___Derek L. Martin, DMD, Inc.___

United States Bankruptcy Court for the: ___Southern District of California___

Case number (If known): _____    Chapter __11__

---

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Biofit Equipment Lease- Lessee | JB&B Capital, LLC P.O. Box 954054 Lake Mary, FL, 32795 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease for dentist office; month - to - month; Oral Lessee | Derek and Shelly Martin, as Trustees of the Martin Family Trust 1231 Elfin Forest Road West San Marcos, CA, 92078-2045 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _Derek L. Martin, DMD, Inc._

United States Bankruptcy Court for the: _Southern District of California_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. Does the debtor have any codebtors? |
|---|
| ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Balboa Capital | ☑ D ☐ E/F ☐ G |
| 2.2 Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Banleaco, Inc. | ☑ D ☐ E/F ☐ G |
| 2.3 Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Everbank | ☑ D ☐ E/F ☐ G |
| 2.4 Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Everbank | ☑ D ☐ E/F ☐ G |
| 2.5 Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Everbank | ☑ D ☐ E/F ☐ G |
| 2.6 Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Amur Equipment Finance, | ☑ D ☐ E/F ☐ G |

| Debtor | Derek L. Martin, DMD, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black"></td><td colspan="3"><b>Additional Page if Debtor Has More Codebtors</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Navitas Credit Corp. | ☑ D ☐ E/F ☐ G |
| 2.8 | Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | North Mill Credit Trust | ☑ D ☐ E/F ☐ G |
| 2.9 | Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Patterson Dental Supply, Inc. | ☑ D ☐ E/F ☐ G |
| 2.10 | Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Wells Fargo | ☑ D ☐ E/F ☐ G |
| 2.11 | Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | US Bank | ☑ D ☐ E/F ☐ G |
| 2.12 | Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Wells Fargo | ☑ D ☐ E/F ☐ G |
| 2.13 | Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Wells Fargo | ☑ D ☐ E/F ☐ G |
| 2.14 | Derek Martin | 1231 Elfin Forest Road West San Marcos, CA 92078-2045 | Patterson Dental Supply, Inc. | ☑ D ☐ E/F ☐ G |

Debtor    Derek L. Martin, DMD, Inc.
_____    Case number *(if known)*_____
           Name

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Derek Martin | 1231 Elfin Forest Road West<br>San Marcos, CA 92078-2045 | JB&B Capital, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    Derek L. Martin, DMD, Inc.

United States Bankruptcy Court for the:   Southern District of California

Case number (If known):    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 229,624.00 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,410,225.00 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,480,582.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |

| Debtor | Derek L. Martin, DMD, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Navitas Credit Corp. <br> *Creditor's name* <br> 201 Executive Center Drive <br> Ste. 100 <br> Columbia, SC 29210 | 01/16/2025 <br> 2/21/2025 <br> 12/16/2024 | $ 12,278.00 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | Wells Fargo <br> *Creditor's name* <br> 2000 Powell St. <br> 4th Floor <br> Emeryville, CA 94608 | 2/03/2025 <br> 3/03/2025 <br> 01/02/2025 | $ 15,975.00 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> *Insider's name* <br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $ _____ | |
| 4.2. | _____ <br> *Insider's name* <br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $ _____ | |

---

| Debtor | Derek L. Martin, DMD, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Banleaco, Inc. <br> Creditor's name <br> PO Box 7740 <br> Urbandale, IA 50822 | Equipment | 02/2025 | $ 0.00 |
| 5.2. | Amur Equipment Finance, Inc. <br> Creditor's name <br> 304 W 3rd <br> Grand Island, NE 68801 | Equipment | 02/2025 | $ 0.00 |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |

Last 4 digits of account number: XXXX– _____

## Part 3:    Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Everbank v. Derek Martin, DMD, Inc. | collection | Superior Court of New Jersey | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> MRS-L-2383-24 | | 30 Schuyler Place., P.O. Box 910 <br> Morristown, NJ 07963-0910 | |
| 7.2. | Derek Martin, DMD, Inc. v. Opulent Digital Specialists, LLC | breach of contract | San Diego Superior Court - N. Cty. | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> 37-2024-00023666 | | 325 S. Melrose <br> Vista, CA 92081 | |

Debtor    Derek L. Martin, DMD, Inc.
_____    Case number (if known)_____
           Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____<br>Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    Derek L. Martin, DMD, Inc.
_____    Case number (if known)_____
         Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bernard M. Hansen | | 11/24/2024; 12/ | $ 21,925.00 |
| | **Address** | | | |
| | 3465 Camino del Rio S., #250 San Diego, CA 92108 | | | |
| | **Email or website address** bernardmhansen@sbcglobal.net | | | |
| | **Who made the payment, if not debtor?** Debtor | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor ___Derek L. Martin, DMD, Inc._____     Case number *(if known)*_____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

| Debtor | Derek L. Martin, DMD, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ | | _____ |
| | Facility name | | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:* |
| | | | ☐ Electronically |
| | | | ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ | | _____ |
| | Facility name | | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:* |
| | | | ☐ Electronically |
| | | | ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Dental history and related medical history

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Derek L. Martin, DMD, Inc.
_____    Case number *(if known)*_____
         Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Derek L. Martin, DMD, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor  Derek L. Martin, DMD, Inc. _____     Case number *(if known)*_____
 _____Name_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____Name_____ | _____Name_____ | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____Name_____ | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____Name_____ | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____Name_____ | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor    Derek L. Martin, DMD, Inc.
_____    Case number (*if known*)_____
          Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Rick Whitaker <br> Name <br> 2160 Fletcher Parkway, Suite 200, El Cajon, CA 92020 | From 01/01/2012 <br> To 03/12/2025 |
| 26a.2. <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Rick Whitaker <br> Name <br> 2160 Fletcher Parkway, Suite 200, El Cajon, CA 92020 | From _____ <br> To _____ |
| 26b.2. <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Rick Whitaker <br> Name <br> 2160 Fletcher Parkway, Suite 200, El Cajon, CA 92020 | |

---

Debtor    Derek L. Martin, DMD, Inc.
_____    Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ <br> Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Navitas Credit Corp. <br> _____ <br> Name <br> PO Box 935204, Atlanta, GA 31193-5204 |

| Name and address |
|---|
| 26d.2. _____ <br> Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name |

Debtor    Derek L. Martin, DMD, Inc.
_____    Case number *(if known)*_____
          Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | | |
| 27.2. | _____ | | |
| | Name | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Derek L. Martin and Shelly A. Martin, Trustee under the Derek and Shelly Martin Trust Agreement dated Oct. 1, | , | | 100 |
| Derek Martin | , | Director and President | |
| Shelly Martin | , | CFO | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Martin Family Trust | 56,100.00 | _____ | Receipt of monthly rent payments of $4,675 for the 12 months prior to bankruptcy. |
| Name | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor   Derek L. Martin, DMD, Inc.
         _____          Case number (*if known*)_____
         Name

| | | | | |
|---|---|---|---|---|
| 30.2 | **Name and address of recipient** | 114,245.23 | _____ | Total amount of salary for previous 12 months paid on a bi-weekly basis. |
| | Derek Martin | | _____ | |
| | Name | | | |
| | | | _____ | |
| | | | _____ | |
| | **Relationship to debtor** | | _____ | |
| | President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/12/2025
              ‾‾‾‾‾‾‾‾‾‾‾‾‾
              MM  / DD  / YYYY

✖ /s/ Shelly Martin                                    Printed name   Shelly Martin
  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor   CFO
                                       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| Debtor Name | Derek L. Martin, DMD, Inc. | Case number *(if known)* |
|---|---|---|

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

Patterson Dental Supply, Inc., 1031 Mendota Heights Rd., Saint Paul, MN 55120     $12,424.00     Secured debt

**5) Repossessions, foreclosures, and returns**

JB&B Capital, LLC     PO Box 954054, Lake Mary, FL 32795     $0.00     equipment     12/2024

**7) Legal Actions**

Banleaco, Inc. v. Derek L. Martin, DMD, Incl

LACL 160876

collection

Iowa District Court for Polk County

500 Mulberry Street, Room 212, Des Moines, IA 50309

Pending

-------

**30) Payments, distributions, or withdrawals credited or given to insiders**

Name and Address:

Shelly Martin

Amount of money or description: $13,398.60

Dates: – , – , –

Reason: Total amount of salary for previous 12 months paid on a bi-weekly basis.

---

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___Derek L. Martin, DMD, Inc.___

United States Bankruptcy Court for the: ___Southern District of California___

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/12/2025___          ✖ /s/ Shelly Martin
          MM / DD / YYYY          _____
                               Signature of individual signing on behalf of debtor

                               Shelly Martin
                               Printed name

                               CFO
                               Position or relationship to debtor

---

United States Bankruptcy Court

Southern District of California

In re:  Derek L. Martin, DMD, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____03/12/2025_____

/s/ Shelly Martin
_____
Signature of Individual signing on behalf of debtor

CFO
_____
Position or relationship to debtor

aa

American Express
PO Box 981535
San Diego, CA 79998-1535

Amur Equipment Finance, Inc.
304 W 3rd
Grand Island, NE 68801

Balboa Capital
PO Box 844803
Los Angeles, CA 90084-4803

Banleaco, Inc.
PO Box 7740
Urbandale, IA 50822

Capital One
PO Box 31293

Capital One
PO Box 31293
Salt Lake City, UT 84131-1293

Capital One
PO Box 31293
Salt Lake City, UT 84131-2024

Citibank Visa
PO Box790046
St. Louis, CA 63179-0046

Derek and Shelly Martin, as Trustees of the M
1231 Elfin Forest Road West
San Marcos, CA 92078-2045

Derek Martin
1231 Elfin Forest Road West
San Marcos, CA 92078-2045

Discover
PO Box 45909
San Francisco, CA 94145-0909

Everbank
PO Box 41046
Jacksonville, FL 32203

Everbank
P.O. Box 41046
Jacksonville, FL 32203

JB&B Capital, LLC
PO Box 954054
Lake Mary, FL 32795

JB&B Capital, LLC
P.O. Box 954054
Lake Mary, FL 32795

Mission Federal Credit Union
P.O. Box 919023
San Diego, CA 92191-9023

Navitas Credit Corp.
201 Executive Center Drive
Ste. 100
Columbia, SC 29210

North Mill Credit Trust
9 Executive Circle
Suite 230
Irvine, CA 92614

Patterson Dental Supply, Inc.
1031 Mendota Heights Rd.
Saint Paul, MN 55120

US Bank
1310 Madrid Street
Marshall, MN 56258

Wells Fargo
PO Box 6995
Portland, OR 97228-6995

Wells Fargo
2000 Powell St.
4th Floor
Emeryville, CA 94608

Wells Fargo
P O Box 6995
Portland, OR 97228-6995

**United States Bankruptcy Court**

**IN RE:**

Case No._____

Derek L. Martin, DMD, Inc.
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Derek L. Martin and Shelly A. Martin, Trustee under the Derek and Shelly Martin Trust Agreement dated Oct. 1, 2018 , | 100 | Common stockholder |
| Derek Martin , | | |
| Shelly Martin , | | |